IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DR. EDWARD RIDGILL,<br><br>  Defendant. | No. CR 06-0090 MHP<br><br>[PROPOSED] ORDER EXONERATING BOND AND RELEASING PASSPORT |

The Court, having dismissed the indictment against Mr. Ridgill on December 12, 2008, hereby orders that Dr. Ridgill's secured bond be exonerated and his passport returned to him.

The Clerk of the United States District Court for the Northern District of California shall forthwith release the passport to Dr. Edward Ridgill, or am employee of the Federal Public Defenders office.

Dated: June 18, 2009

_____
THE HONORABLE MARILYN HALL PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Order exonerating bond
CR 06-0090 MHP